■ In the Matter of DENNIS F. APICELLA, Petitioner, v JAMES P. MELTON, as Commissioner of Motor Vehicles of the State of New York, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of Motor Vehicles which, after a hearing, revoked the petitioner's driver's license because of his refusal to submit to a chemical test to determine the alcoholic content of his blood. Determination confirmed and proceeding dismissed on the merits, with costs. The findings of the respondent were based on substantial evidence. There is no merit to petitioner's contention that a failure of the arresting officer to file an accusatory instrument charging him with violation of section 1192 of the Vehicle and Traffic Law serves to establish that the officer did not have reasonable grounds to believe that he had been driving in violation of the provisions of that section. Damiani, J. P., Suozzi, Shapiro and Cohalan, JJ., concur.

■ In the Matter of the Estate of JULIA BEILSTEIN, Deceased. CURTIS L. ANDREWS et al., Respondents; FREDERIC E. MINTS, Appellant.—In a proceeding to judicially settle an executor's account, the appeal is from a decree of the Surrogate's Court, Kings County, dated September 15, 1977, which settled the account pursuant to a stipulation. Decree affirmed, with one bill of $50 costs and disbursements jointly to respondents payable personally by appellant. In the future it is suggested that when a settlement is being put on the record, the court should affirmatively require the assent of the parties instead of depending upon their silence. Damiani, J. P., Suozzi, Shapiro and Cohalan, JJ., concur.